IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GENE RENARD WILSON, | : |
| Plaintiff, | : |
| v. | : Case No. 3:25-cv-31-CDL-AGH |
| Officer JOHNATHAN DAWSON, *et al.*, | : |
| Defendants. | : |

## ORDER

On March 3, 2025, Plaintiff filed a complaint (ECF No. 1) and a motion to proceed *in forma pauperis* ("IFP") (ECF No. 2). Plaintiff, however, failed to provide sufficient information for the Court to determine whether he qualifies to proceed IFP. Plaintiff reports currently having zero income, no assets, and no expenses. Mot. to Proceed IFP 1-5, ECF No. 2. Other than noting that he does not work, he provides no explanation whatsoever as to how he is able to subsist. *Id*. As drafted, the affidavit is not "'sufficient on its face to demonstrate economic eligibility' for *in forma pauperis* status." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307-08 (11th Cir. 2004) (internal quotation marks and citation omitted).

Therefore, Plaintiff is **ORDERED** to recast his motion for leave to proceed IFP within **FOURTEEN (14) DAYS**. Plaintiff must provide a more detailed explanation of his funds, assets, expenses, and how he subsists without any income or expenses. The Clerk is **DIRECTED** to forward the appropriate form to Plaintiff.

**SO ORDERED**, this 4th day of March, 2025.

                                          s/ *Amelia G. Helmick*
                                         UNITED STATES MAGISTRATE JUDGE