```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION

GENE RENARD WILSON,              *

      Plaintiff,                 *

vs.                              *
                                      CASE NO. 3:25-CV-31 (CDL)
JONATHAN DAWSON, et al.,         *

      Defendants.                *
```

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on June 20, 2025. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court; all of Plaintiff's motions for injunctive relief are denied (ECF Nos. 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43).

The Recommendation also concluded that Plaintiff's complaint should be dismissed on preliminary screening for failure to state a claim. The Magistrate Judge gave Plaintiff an opportunity to file a recast complaint to cure the deficiencies, warning that if Plaintiff failed to timely submit a recast complaint, the action

would be dismissed fore failure to comply with a court order. Plaintiff did not comply with the order to file a recast complaint, and the Court therefore dismisses this action without prejudice for failure to comply with a Court order.

IT IS SO ORDERED, this 22nd day of July, 2025.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA